NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRUNO ONE INC., and CARUSO
BRUNO IVAN,

   Appellants,

v.

RESIDENTIAL MORTGAGE LOAN
TRUST I, by US BANK NATIONAL
ASSOCIATION, not in its individual
capacity but solely as legal title trustee,

   Appellee.

_____

Case No. 2D19-1152

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Gregory P. Holder, Judge.

Gabriel Strine of Strine Legal Services,
PLLC, Tampa, for Appellants.

Chase A. Berger of Ghidotti-Berger LLP,
North Miami Beach, for Appellee.

PER CURIAM.

   Affirmed.

KHOUZAM, C.J., and BLACK, JJ., and CASE, JAMES, R., ASSOCIATE SENIOR
JUDGE, Concur.